# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORGANIC LEASING, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-1421 |
| BRANCH BANKING & TRUST, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 24th day of September, 2018, upon consideration of Defendant Branch Banking & Trust's "Motion to Dismiss Count II of the Complaint" (Doc. No. 9), Plaintiff's Response in Opposition thereto (Doc. No. 13), and Defendant's Reply (Doc. No. 16), and for the reasons set forth in this Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion to Dismiss is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**